FILED

07/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0588

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0588

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.                            O R D E R

TRISTAN JAMES MORALES,

     Defendant and Appellant.

_____

This cause, which was previously classified for submission on briefs to a five-justice panel, is hereby reclassified for submission to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Rod Souza, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 15 2020